UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re NORTHWEST TERRITORIAL MINT, LLC, | Civil Action No. C16-1392RSL |
| DIANE ERDMANN, | Bankr. Case No. 16-11767CMA |
| Appellant, | |
| v. | ORDER GRANTING MOTION TO WITHDRAW |
| MARK CALVERT, as Chapter 11 Trustee, and THE TODD TRACY LAW GROUP, PLLC, | |
| Appellees. | |

This matter comes before the Court on Daniel J. Bugbee and Dominique Renee Scalia's motion to withdraw as counsel for appellant Diane Erdman. Having reviewed the motion and the remainder of the record, the motion is GRANTED. Mr. Bugbee and Ms. Scalia are no longer counsel of record in this matter. The Clerk of Court is directed to add appellant's address to the docket:

    Diane Erdmann
    35447 34th Ave. S.
    Auburn, WA 98001.

Appellant is now proceeding pro se in this litigation. Unless and until she retains new counsel, she is expected to follow the local rules of this district (found at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf) and the

ORDER GRANTING MOTION TO WITHDRAW

Federal Rules of Civil Procedure. Appellant is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. See LCR 7 and 10; 28 U.S.C. § 1746.

DATED this 23rd day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge